IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

XAVIER JUWON LACEY                                                                    PLAINTIFF

v.                                           Civil No. 4:21-cv-04088

WARDEN JEFFIE WALKER, *et. al.*                                                       DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed January 6, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 13). Plaintiff was previously incarcerated in the Miller County Detention Center ("MCDC"). Plaintiff brought this 42 U.S.C. § 1983 action against various MCDC staff members alleging a violation of his constitutional rights. (ECF No. 1). Judge Bryant recommends that Plaintiff's Complaint be dismissed for failure to state a plausible claim upon which relief could be granted.

Plaintiff has not filed objections to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 13) *in toto*. Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of February, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge